UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-MJ-1173

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| MARK HARRISON, JR. | ) | |
| a/k/a "Fella" | ) | |

Upon motion of the United States it is hereby ORDERED that Docket Number 12 and its accompanying order be sealed until such time as requested to be unsealed by the United States Attorney and the court orders such materials unsealed.

It is further ORDERED that the clerk provide a copy of this Order to the United States Attorney's Office.

This the _17_ day of August, 2011.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

**Robert B. Jones, Jr.**
**US Magistrate Judge**